Lynette Gridiron Winston (#151003)
 lwinston@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. MITCHELL and BRENDA LEE MITCHELL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  5:14-cv-00895 JGB (DTBx)<br><br>**ORDER GRANTING STIPULATION REQUESTING THE REMAND OF THE FEDERAL ACTION TO THE STATE COURT**<br><br>[No hearing requested and/or required]<br><br>*[Assigned to the Hon. Jesus G. Bernal, District Judge]* |

After consideration of the Stipulation of plaintiffs Stephen B. Mitchell and Brenda Lee Mitchell and defendants Wells Fargo Bank, N.A. ("Wells Fargo") and NDeX West, LLC ("NDeX"), by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

 1. The parties' Stipulation to remand the instant action back to the State Court is GRANTED;

 2. All pending hearing dates for this matter are VACATED; and

1     3.    The case will be remanded to the Superior Court of California,
2 County of Riverside, Case No. MCC1400491, forthwith.

3

4 DATED: May 20, 2014            _____
5                                 HONORABLE JESUS G. BERNAL
                                   UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP